District Judge Benjamin H. Settle

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GURPREET KAUR, *et al.*,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>UR M. JADDOU, *et al.*,<br><br>　　　　　　　　Defendants. | Case No. 3:24-cv-05334-BHS<br><br>STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND ORDER<br><br>Noted for Consideration:<br>June 21, 2024 |

　　　　Plaintiffs and Defendants, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to stay these proceedings until December 5, 2024.  Plaintiffs brought this litigation pursuant to the Mandamus Act seeking, *inter alia*, to compel U.S. Citizenship and Immigration Services ("USCIS") to adjudicate Plaintiff Kaur's asylum application.  Defendants' response to the Complaint is currently due on July 2, 2024.  The parties are currently working towards a resolution to this litigation.  For good cause, the parties request that the Court hold the case in abeyance until December 5, 2024.

　　　　Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997).  "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for

STIPULATED MOTION FOR ABEYANCE
[Case No. 3:24-cv-05334-BHS] - 1

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800

counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

With additional time, this case may be resolved without the need of further judicial intervention. USCIS has scheduled Plaintiff Kaur's asylum interview for August 7, 2024. USCIS agrees to diligently work towards completing the adjudication within 120 days of the interview, absent unforeseen or exceptional circumstances that would require additional time for adjudication. If the adjudication is not completed within that time, USCIS will provide a status report to the Court. Plaintiff Kaur will submit all supplemental documents and evidence, if any, to USCIS seven to ten days prior to the interview date. Plaintiff Kaur recognizes that failure to submit documents prior to the interview may require the interview to be rescheduled and the adjudication delayed. If needed, Plaintiff Kaur will bring an interpreter to the interview, otherwise the interview will need to be rescheduled and the adjudication delayed. Accordingly, the parties request this abeyance to allow USCIS to conduct Plaintiff Kaur's asylum interview and then process her asylum application.

As additional time is necessary for this to occur, the parties request that the Court hold the case in abeyance until December 5, 2024. The parties will submit a status update on or before December 5, 2024.

//
//
//
//
//
//
//

STIPULATED MOTION FOR ABEYANCE
[Case No. 3:24-cv-05334-BHS] - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

**ORDER**

The case is held in abeyance until December 5, 2024.  The parties shall submit a status update on or before December 5, 2024.  It is so **ORDERED**.

DATED this 24th day of June, 2024.

_____
BENJAMIN H. SETTLE
United States District Judge

STIPULATED MOTION FOR ABEYANCE
[Case No. 3:24-cv-05334-BHS] - 3

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800