District Judge Benjamin H. Settle

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GURPREET KAUR, *et al.*,<br><br>                        Plaintiffs,<br><br>     v.<br><br>UR M. JADDOU, *et al.*,<br><br>                        Defendants. | Case No. 3:24-cv-05334-BHS<br><br>STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND ORDER<br><br>Noted for Consideration:<br>December 3, 2024 |

       Plaintiffs and Defendants, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to continue to stay these proceedings until January 6, 2025. Plaintiffs brought this litigation pursuant to the Mandamus Act seeking, *inter alia*, to compel U.S. Citizenship and Immigration Services ("USCIS") to adjudicate Plaintiff Kaur's asylum application. This case is currently stayed through December 5, 2024. Dkt. No. 8, Order. The parties are currently working towards a resolution to this litigation. For good cause, the parties request that the Court continue to hold the case in abeyance until January 6, 2024.

       Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for

STIPULATED MOTION FOR ABEYANCE
[Case No. 3:24-cv-05334-BHS] - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

1  counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ.
2  P. 1.
3      With additional time, this case may be resolved without the need of further judicial
4  intervention.  USCIS has conducted Plaintiff's asylum interview.  However, the case remains
5  under review and USCIS requires additional time to adjudicate the asylum application.
6      As additional time is necessary for this to occur, the parties request that the Court continue
7  to hold the case in abeyance until January 6, 2025.  The parties will submit a status update on or
8  before January 6, 2025.
9  //
10 //
11 //
12 //
13 //
14 //
15 //
16 //
17 //
18 //
19 //
20 //
21 //
22 //
23 //
24     DATED this 3rd day of December, 2024.

STIPULATED MOTION FOR ABEYANCE  
[Case No. 3:24-cv-05334-BHS] - 2

UNITED STATES ATTORNEY  
1201 Pacific Ave., Ste. 700  
Tacoma, WA 98402  
(253) 428-3800

>Respectfully submitted,
>
>TESSA M. GORMAN
>United States Attorney
>
>*s/ Michelle R. Lambert*
>MICHELLE R. LAMBERT, NYS #4666657
>Assistant United States Attorney
>United States Attorney's Office
>Western District of Washington
>1201 Pacific Avenue, Suite 700
>Tacoma, Washington 98402
>Phone: (253) 428-3824
>Fax:    (253) 428-3826
>Email:  michelle.lambert@usdoj.gov
>
>*Attorneys for Defendants*
>
>*I certify that this memorandum contains 263 words, in compliance with the Local Civil Rules.*
>
>
>*s/ Gurpreet Kaur*
>GURPREET KAUR
>*Pro Se Plaintiff*
>
>
>*s/ Sandeep Singh*
>SANDEEP SINGH
>119 17th Avenue SE
>Puyallup, Washington 98372
>Phone: 253-604-8414
>Email:  mann77@gmail.com
>
>*Pro Se Plaintiff*

STIPULATED MOTION FOR ABEYANCE
[Case No. 3:24-cv-05334-BHS] - 3

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee in the Office of the United States Attorney for the Western District of Washington and of such age and discretion as to be competent to serve papers.

I further certify on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to the following CM/ECF participant(s):

- 0 -

I further certify on this date, I arranged for service of the foregoing on the following non-CM/ECF participant(s), via Certified Mail with return receipt, postage prepaid, addressed as follows:

Gurpreet Kaur & Sandeep Singh, *Pro Se Plaintiffs*
119 17th Avenue SE
Puyallup, WA 98372

DATED this 3rd day of December, 2024.

*s/ Stephanie Huerta-Ramirez*
_____
STEPHANIE HUERTA-RAMIREZ, Legal Assistant
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, WA 98101
Phone: (206) 553-7970
Fax:   (206) 553-4073
Email: Stephanie.Huerta-Ramirez@usdoj.gov

STIPULATED MOTION FOR ABEYANCE
[Case No. 3:24-cv-05334-BHS] - 4

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800

**ORDER**

The case is held in abeyance until January 6, 2025. The parties shall submit a status update on or before January 6, 2025. It is so **ORDERED**.

DATED this 4th day of December, 2024.

_____
BENJAMIN H. SETTLE
United States District Judge

STIPULATED MOTION FOR ABEYANCE
[Case No. 3:24-cv-05334-BHS] - 5

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800